UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK COYNE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:16 CV 1937 CDP |
| ) | |
| FOUR LEAF CLOVER ) | |
| INVESTMENTS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Given the status of the proceedings in the related case now pending in the Northern District of Illinois and in the Seventh Circuit Court of Appeals,

**IT IS HEREBY ORDERED** that the parties shall show cause no later than **June 12, 2017**, why this case should not be administratively closed pending the outcome of those proceedings, and why all pending motions should not be denied without prejudice to be refiled if and when this matter returns to the active docket.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2017.